# MorrisonCohen LLP

Danielle C. Lesser
Partner
(212) 735-8702
dlesser@morrisoncohen.com

February 13, 2009

**VIA FACSIMILE**

> *Argument is Mar 10, 2009 at 2:30pm*
> **SO ORDERED:** /s/ Peter G. Sheridan
> **DATED:** 2/19/09

Hon. Peter G. Sheridan
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

Re: Geoffrey Wolf, et al. v. The Pay-O-Matic Corp., et al.
Case No. 2:08-cv-03147

Your Honor:

My firm represents Defendant The Pay-O-Matic Corp. in the above referenced matter. I am writing concerning oral argument scheduling on Defendants' motions to dismiss the complaint. The Court initially scheduled argument on the motions on February 23, 2009. At Plaintiff's counsel's request, the parties agreed to reschedule the argument for March 6, 2009. I have just learned of a professional commitment that precludes me from attending argument on March 6. The parties all consent to rescheduling the argument, and are available on March 10, 2009, at or after 3:00 p.m. I would very much appreciate the Court's rescheduling argument on this matter to March 10, 2009.

Respectfully submitted,

Danielle Lesser

Danielle C. Lesser

cc (via email): David M. Kohane, Esq.
Steven M. Schain, Esq.
Steven A. Haber, Esq.
Mark Krefetz, Esq.

909 Third Avenue, New York, NY 10022-4784 • p:212.735.8600 • f:212.735.8708 • www.morrisoncohen.com