# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| _____ : | | |
| GEOFFREY D. WOLF, ET AL., : | | |
| : | Civil Action No. 08-3147 (PGS) | |
| Plaintiffs, : | | |
| : | | |
| v. : | **ORDER** | |
| : | | |
| THE PAY-O-MATIC CORP. ET AL., : | | |
| : | | |
| Defendants. : | | |
| _____: | | |

This matter comes before the Court on a March 10, 2009 hearing on a motion to reassign the case brought by defendant the State of New Jersey, Department of the Treasury, Division of Taxation (New Jersey); and motions to dismiss brought by each of the four defendants, New Jersey; ACS Unclaimed Property Clearinghouse, Inc. (ACS); Register & Transfer Company (Register & Transfer); and the Pay-O-Matic Corp. (Pay-O-Matic).  Good cause having been shown, for the reasons set forth on the record at the hearing, it is hereby

ORDERED that the State of New Jersey's motion to reassign the case (Docket No. 8) is denied; and it is further

ORDERED that New Jersey's motion to dismiss (Docket No. 7) is denied; and it is further

ORDERED that ACS's motion to dismiss (Docket No. 9) is denied; and it is further

ORDERED that Register & Transfer's motion to dismiss (Docket No. 17) is denied; and it is further

ORDERED that Pay-O-Matic's motion to dismiss (Docket No. 22) is denied; and it is further

ORDERED that Plaintiffs shall have ten days from the entry of this order to submit an amended complaint.

s/Peter G. Sheridan
PETER G. SHERIDAN, U.S.D.J.

March 18, 2009